## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WHALECO, INC.,

        Plaintiff,

v.

BAZHOU SHENGFANG QUANXIA
CLOTHING, et al.,

        Defendants.

Civil Action No. 25-cv-05917-MLB

## **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Whaleco Inc. d/b/a Temu ("Plaintiff") moves for  entry  of  a preliminary injunction which extends the relief granted by the Court in its Temporary Restraining Order [Dkt. #20].

In support of this Motion, Plaintiff submits the accompanying Memorandum of  Law  and  the Second  Declaration  of  David M. Lilenfeld filed concurrently herewith. A proposed Order is also submitted with this Motion.

Date: January 14, 2026                    Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, Ga. 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com


Abby Neu, *pro hac vice pending*
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com


*Counsel for Plaintiff*